December 23, 2014



# JUDGMENT

## 𝕿𝖍𝖊 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

GENESIS PRODUCING COMPANY, L.P., Appellant

NO. 14-13-00743-CV                    V.

SMITH BIG OIL CORPORATION, TODD M. SMITH AND JAMES A. WHITSON, JR., Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Smith Big Oil Corporation, Todd M. Smith and James A. Whitson, Jr., signed, July 19, 2013, was heard on the transcript of the record. We have inspected the record and find that, in light of appellant Genesis Producing Company, L.P.'s nonsuit of its claims, the trial court erred by dismissing Genesis Producing Company, L.P.'s claims for breach of contract, conversion, and declaratory judgment with prejudice. We therefore order the judgment of the court below **REVERSED** to the extent that the judgment dismisses Genesis Producing Company, L.P.'s claims with prejudice, and **RENDER** judgment that Genesis Producing Company, L.P.'s claims for breach of contract, conversion, and declaratory judgment are dismissed without prejudice.

We further order that all costs incurred by reason of this appeal be paid by appellees, Smith Big Oil Corporation, Todd M. Smith and James A. Whitson, Jr., jointly and severally.

We further order this decision certified below for observance.